**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY SANDERS
ADC #113737                                                                                               PETITIONER

VS.                                       5:05CV00024 GH/JTR

LARRY NORRIS; Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Pending before the Court in this § 2254 habeas case is Petitioner's Motion to Stay State Court Proceedings. (Docket entry #6.) For the reasons stated herein, the Motion will be denied as moot.

Petitioner claims entitlement to federal habeas relief due to, among other things, prosecutorial misconduct involving exculpatory evidence that was allegedly lost or destroyed. (Docket entries #2 and 4.) However, Petitioner is simultaneously pursuing state habeas relief (involving the same evidence) pursuant to a petition for a writ of *habeas corpus* under Ark. Code Ann. §16-112-201, *et seq.*, an amendment to the Arkansas state *habeas corpus* statute.[1]

After the state trial court denied Petitioner's petition for habeas relief, he filed an appeal in the Arkansas Supreme Court, docketed as *Sanders v. State*; Ark. Sup. Ct. Case No. CR 04-1331, which is still pending. In Petitioner's current Motion, he requests that the Court issue a stay to the Arkansas Supreme Court, pursuant to 28 U.S.C. § 2251, so that this federal habeas proceeding may conclude before his appeal to the Arkansas Supreme Court is resolved. (Docket entry #6.)

---

[1]This statute provides for the issuance of the writ in cases involving actual innocence and the availability of exonerating scientific evidence.

Petitioner's Motion to Stay is moot because the day before it was filed, the Arkansas Supreme Court dismissed his appeal after he belatedly filed the record. *Sanders v. State*, 2005 WL 374750 (Ark. February 17, 2005) (*per curiam*) (unpublished decision). Petitioner later filed a motion for reconsideration of the dismissal, which was denied by the Arkansas Supreme Court. *Sanders v. State of Arkansas*, 2005 WL 1249206 (Ark. May 26, 2005) (*per curiam*) (unpublished decision). Thus, there are no longer any state-court proceedings left to stay.

IT IS THEREFORE ORDERED THAT Petitioner's Motion to Stay State Court Proceedings (docket entry #6) is DENIED, AS MOOT.

Dated this 29th day of August, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE